UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-03-004 |
| | § | (Claim No. 81639) |
| | § | |
| ADALBERTO CHAVEZ, JR., | § | |
| | § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
FILED

JUN 0 9 2003

Michael N. Milby
Clerk of Court

## MOTION FOR ORDER FOR UNITED STATES POSTAL SERVICE TO PROVIDE POST OFFICE NUMBER FOR ADALBERTO CHAVEZ, JR.

TO THE HONORABLE HILDA TAGLE:

COMES NOW United States of America ("USA"), and files this Motion for an Order to the Unites States Postal Service to Provide the Post Office (P.O. Box) Number of Adalberto Chavez, Jr. (Social Security # 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), whose physical address is 425 N Alamo, Sebastian, Texas 78594, so that the Court made send Adalberto Chavez, Jr. the Report and Recommendation regarding the Default Judgement, and in support thereof, and as follows:

1. Pending before the Court is the Report and Recommendation regarding Defendant Adalberto Chavez, Jr.

2. The Court desires to send a copy of this Report and Recommendation to Adalberto Chavez, Jr.

3. Adalberto Chavez, Jr. was served at 425 N Alamo, Sebastian, Texas 78594.

4. Adalberto Chavez, Jr. does not receive mail at this address, but does has a P.O. Box number.

5. The number of this P. O. Box number is unknown to both USA's private process server and the Court.

6. USA has asked the Postal Service for the P. O. Box number for Adalberto Chavez, Jr.

7. The Postal service has refused to give the number without a court order, consequently USA has filed this motion and asked the Court to order the United States Postal Service and in particular the Postal Office located at Business 77 & Main Street, Sebastian, Texas 78594 which serves mail to Mr. Chavez, Jr. to divulge or disclose to this court and USA's counsel the P. O. Box number where mail is delivered to Chavez.

8. To effect compliance with the Court's order, USA requests that a United States Deputy Marshall serve the Court's order on the U.S. Postal Service at the above Postal Office.

Wherefore USA prays that the Court grant this motion.

Respectfully submitted,

By: _____
M.H. Cersonsky, ~~TBA~~ #04048500, Fed. #5082
5065 Westheimer, Suite 600
Houston, Texas 77056
(713) 840-1492 / Fax (713) 840-0038
Attorney in Charge for United States of America

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.