/0

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| vs. | § § § | C.A. No.: B-03-004 (Claim No. 81639) |
| ADALBERTO CHAVEZ, JR., | § § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
FILED

JUN 1 3 2003

Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED

JUN 1 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER THAT THE UNITED STATES POSTAL SERVICE DISCLOSED TO THIS COURT THE P.O. BOX NUMBER OF ADALBERTO CHAVEZ, JR.

   On this day the court considered the motion of the United States of America for an Order that the United States Postal Service Disclose to this Court the Post Office Box number of Adalberto Chavez, Jr. and after reviewing the pleadings on file finds that the motion be granted.

   THEREFORE IT IS ORDERED, that the United States Postal Service and in particular the United States Post Office located at Business 77 & Main Street, Sebastian, Texas 78594 or other post office location which delivers mail to Adalberto Chavez, Jr., provide to this court in writing within  ten   days the Post Office Box number of Adalberto Chavez, Jr.

   IT IS FURTHER ORDERED, that this ordered will be served on the United States Postal Service at the Post Office located at Business 77 & Main Street, Sebastian, Texas 78594 or other post office location which delivers mail to Adalberto Chavez, Jr. by a Deputy United States Marshall.

Signed in Brownsville, Texas this  13th  day of June, 2003.

```
Felix Recio
United States Magistrate Judge
U.S. Federal Building & Courthouse
600 E. Harrison, #203
Brownsville, Texas  78520
```