UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 0 8 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CIVIL ACTION NO. B-03-004 (Claim No. 81639) |
| ADALBERTO CHAVEZ, JR. | § | |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A. The Magistrate Judge's Report and Recommendation is hereby ADOPTED;

B. Plaintiff's Motion for Default Judgment (Pleading No. 7) is hereby GRANTED; and

C. Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

1. Principal Balance as of                                    $1,736.63
2. Current Interest                                           $  993.40
3. Administrative Fees, Costs, Penalties                      $   17.96
4. Attorney's Fees                                            $  550.00
5. Pre-Judgment Interest Rate Per annum                            8.00%
6. Daily Accrual:                                             $    0.38
7. TOTAL Balance Due (Including Attorney's Fees)              $ 3,297.99
8. Post Judgment Interest equals _1.02_ % per annum

DONE in Brownsville, Texas, this 3rd of July, 2003.

Hilda G. Tagle
United States District Judge